AO 91 (Rev. 11/11)   Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### District of Columbia

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | Case: 1:22–mj–00229 |
| | ) | Assigned To : Magistrate Judge Upadhyaya, Moxila A. |
| Macsen Rutledge | ) | Assign. Date : 10/24/2022 |
| DOB: XXXXXX | ) | Description: Complaint w/ Arrest Warrant |
| | ) | |
| | ) | |

*Defendant(s)*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____ January 6, 2021 _____ in the county of _____ in the _____ in the District of _____ Columbia _____ , the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. §1752(a)(1)- | Entering and Remaining in a Restricted Building or Grounds; |
| 18 U.S.C. §1752(a)(2)- | Disorderly and Disruptive Conduct in a Restricted Building or Grounds; |
| 40 U.S.C. § 5104(e)(2)(D) - | Disorderly Conduct in a Capitol Building; |
| 40 U.S.C. § 5104(e)(2)(G) - | Parading, Demonstrating, or Picketing in a Capitol Building. |

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

*Complainant's signature*

Michael Renn, Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1
by telephone.

Date: _____ 10/25/2022 _____

_____
*Judge's signature*

City and state: _____ Washington, D.C. _____ Moxila A. Upadhyaya, U.S. Magistrate Judge
*Printed name and title*